UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID SALOMON, | ) | No. EDCV 13-1205 JVS (FFM |
| Petitioner, | )<br>)<br>) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | )<br>) | RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE |
| DANIEL PARAMO, Warden | )<br>) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

Initially, the Court reviewed the scanned version of Petitioner's objections at Docket No. 34. Several pages were missing. The Court then reviewed the actual hard copy objections and found the document complete. The Court orders the Clerk to rescan the objections, perform a quality control review, and to enter the rescanned document on the Docket as Petitioner's true objections.

IT IS ORDERED that judgment be entered dismissing the Petition on the merits with prejudice.

DATED: September 17, 2014

_/s/ James V. Selna_
JAMES V. SELNA
United States District Judge