UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SALOMON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DANIEL PARAMO, Warden<br><br>　　　　Respondent. | No. EDCV 13-1205 JVS (FFM<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 17, 2014

_/s/ James V. Selna_
　　　　JAMES V. SELNA
　　　United States District Judge